| | |
|---|---|
| 1 | Andrew H. Lee (CSB # 257403) |
|   | LAW OFFICE OF ANDREW H. LEE |
| 2 | 2021 The Alameda, Suite 310 |
|   | San Jose, CA 95126 |
| 3 | Tel: 408-216-9898 |
|   | Fax: 408-216-9451 |
| 4 | Email: *andrew@aleelegal.com* |
| 5 | Attorney for Plaintiff |
|   | SONDRA HENDRIX |
| 6 | |
| 7 | SCHIFF HARDIN LLP |
|   | Stephen M. Hankins (CSB # 154886) |
| 8 | Sarah D. Youngblood (CSB # 244304) |
|   | One Market, Spear Street Tower |
| 9 | Thirty-Second Floor |
|   | San Francisco, CA 94105 |
| 10 | Telephone:   (415) 901-8700 |
|    | Facsimile:    (415) 901-8701 |
| 11 | Email: *shankins@schiffhardin.com* |
|    |        *syounglood@schiffhardin.com* |
| 12 | |
|    | Attorneys for Defendant |
| 13 | OWENS-BROCKWAY GLASS CONTAINER INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA HENDRIX, | Case No. 2:12-CV-00668-JAM-GGH |
| Plaintiff, | (San Joaquin County Superior Court, Case No. 39-2012-00276262-CU-WT-STK) |
| v. | |
| OWENS-BROCKWAY GLASS CONTAINER INC., | **STIPULATION AND ORDER OF DISMISSAL (FRCP 41(a)(1)(A)(ii))** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sondra Hendrix and Defendant Owens-Brockway Glass Container Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action may be dismissed,

PDF created with pdfFactory trial version www.pdffactory.com

in its entirety, with prejudice.  Each party to bear its own attorneys' fees and costs.

Dated:  November 12, 2012                     LAW OFFICE OF ANDREW H. LEE


                                              By:  /s/ Andrew H. Lee (approval given 11/12/12)
                                                   Andrew H. Lee
                                                   Attorney for Plaintiff
                                                   SONDRA HENDRIX


Dated:  November 12, 2012                     SCHIFF HARDIN LLP


                                              By:  /s/ Sarah D. Youngblood
                                                   Sarah D. Youngblood
                                                   Attorneys for Defendant
                                                   OWENS-BROCKWAY GLASS
                                                   CONTAINER INC.

## ORDER

Having read and considered the foregoing joint stipulation of the parties, and good cause shown:

IT IS SO ORDERED.


Dated:  11/13/2012                            /s/ John A. Mendez
                                              Hon. John A. Mendez

34046-0065
SF\320472667.1

PDF created with pdfFactory trial version www.pdffactory.com